UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 22-42348
　　　　Chapter 11
SIGNTEXT 2, INC., et al.,[1]  Judge Thomas J. Tucker

　　　　Debtors.  Jointly Administered
_____/

**ORDER DENYING, WITHOUT PREJUDICE, DEBTOR SIGNTEXT 2, INC.'S MOTION FOR TURNOVER**

This case is before the Court on the Debtor Signtext 2, Inc.'s motion entitled "Motion for Turnover," filed on June 23, 2022 (Docket # 67, the "Motion"). The Motion seeks to collect an account receivable allegedly owing to the Debtor, despite couching the Motion as seeking an order "compelling Happy's Pizza Development, LLC to turnover property of the bankruptcy estate to the Debtor." (Mot. at 1.) The Court must deny the Motion, however, because the Motion seeks "to recover money or property," within the meaning of Fed. R. Bankr. P. 7001(1), and that rule requires that the requested relief must be sought by an adversary proceeding.

Accordingly,

IT IS ORDERED that the Motion (Docket # 67) is denied, without prejudice to the Debtor's right to seek the same relief by filing an adversary proceeding.

IT IS FURTHER ORDERED that no later than June 27, 2022, the Debtor's attorney must serve a copy of this Order on Happy's Pizza Development, LLC, and file proof of such service.

---

[1] The Debtors in these jointly-administered cases are Signtext 2, Inc. (Case No. 22-42348) and Michael Frasier and Cheryl Frasier (Case No. 22-42412).

**Signed on June 24, 2022**



/s/ Thomas J. Tucker
_____
**Thomas J. Tucker
United States Bankruptcy Judge**

